

### NUMBER 13-14-00076-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

CHAMPION ENERGY
SERVICES, LLC,                                                                    APPELLANT,

v.

CITY OF WESLACO,                                                                    APPELLEE.

### On appeal from the 398th District Court
### of Hidalgo County, Texas

## ORDER ABATING APPEAL

### Before Justices Rodriguez, Garza, and Perkes
### Order Per Curiam

This cause is before the Court on an agreed motion to abate the appeal to allow

the parties the opportunity to engage in mediation scheduled for April 2014 as ordered by

the trial court.

The Court, having examined and fully considered the documents on file and the

agreed motion to abate, is of the opinion that the motion to abate the appeal should be granted. The agreed motion to abate the appeal is GRANTED and this appeal is ordered ABATED until May 19, 2014.

The Court directs appellant to file, on or before May 19, 2014, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement. If the case is reinstated, the briefing schedule will commence accordingly.


PER CURIAM


Delivered and filed the
12th day of March, 2014.